■ JOHN M. HUETHER, Respondent, v. PETER BLAD et al., Appellants.—

Present — Del Vecchio, J. P., Witmer, Gabrielli, Moule and Bastow, JJ.